IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 5:07cr25DCB-JCS

VINSON ERIC WOODBERRY

AGREED ORDER CONTINUING CAUSE

Came on for consideration this day the defendant's *ore tenus* Motion for Continuance of
Criminal Cause, and the Court, having been fully advised in the premises, specifically having
been advised that the defendant needs additional time in order to prepare for trial and that the
Government agrees that it is in the public interest to grant such motion for a continuance, finds
that the defendant's motion is meritorious, and further finds that the ends of justice would best be
served by granting the requested continuance insofar as the defendant's and the public's interest in
a speedy and public trial is concerned, and further finds that the failure to grant such continuance
would result in a miscarriage of justice.  The Court therefore finds that the defendant's motion
should be, and it hereby is, granted.  It is, therefore,

ORDERED AND ADJUDGED

that the ends of justice are best served by granting the defendant's motion for a continuance of
the Cause, that the Court specifically finds that the granting of such continuance outweighs the
best interest of the public and the defendant in a speedy public trial, and that the failure to grant

such continuance would likely make the continuation of such proceedings impossible and would

result in a miscarriage of justice.  The Court further orders that the trial of this cause shall be

continued until the term of Court which begins on the __6th__ day of __October__, 2008.

SO ORDERED AND ADJUDGED this, the ___30th___ day of __July__, 2008.


    __s/ David Bramlette_____
HONORABLE DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

AGREED:


_s/Sandra G. Moses_____
SANDRA G. MOSES
Assistant U.S. Attorney


_s/Latrice Westbrooks____
LATRICE WESTBROOKS
Counsel for Vinson Eric Woodberry