UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                                      CRIMINAL NO. 5:07-cr-25-DCB-JCS

VINSON ERIC WOODBERRY                                         DEFENDANT

                                ORDER

     The sentencing hearing of this defendant was scheduled for Tuesday, June 16, 2009. Defense counsel, Latrice Westbrooks did not appear for this hearing, and the Court did not receive notice of her alleged inability to appear until Friday, June 12, 2009. This cause has been continued six times at the request of defense counsel. In addition, Ms. Westbrooks has not responded to the Presentence Investigation Report and has failed to meet with the Probation Officer at a time previously scheduled.

     WHEREFORE, the Court is of the opinion that additional counsel should be appointed to review the file, consult with the Defendant's retained counsel, Ms. Westbrooks and advise the Court on all issues relevant to this case. Sentencing will occur on July 2, 2009, at 4:30 p.m. and at said sentencing Latrice Westbrooks should be

prepared to explain to the Court why she should not be held in contempt for failing to appear on the 16th day of June, 2009.

Honorable Dennis Joiner, Federal Public Defender, or any assistant public defender is hereby appointed to review the file and make such reports to the Court as may be requested.

This the __24th__ day of June, 2009.

                                            ___s/ David Bramlette_____
                                            UNITED STATES DISTRICT JUDGE