UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

United States                                                     Plaintiff

Versus                              Criminal Action No. 5:07cr00025-DCB-JCS

Vinson Eric Woodberry                                             Defendant

**AMENDED ORDER OF CONTEMPT**

    This is an amendment to the Court's prior Contempt Order as to Attorney Latrice Westbrooks [docket entry no. 39]. This matter comes before the Court per the request of the Office of the Public Defender that funds should be paid to the Clerk of Court for deposit in the Treasury. In its Order, the Court directed Latrice Westbrooks to compensate the Public Defender's Office in the amount of $2,972.20 within 45 days of the Order and make the payment payable to the Public Defender's Office.

    According to the Guide to Judiciary Policies and Procedures, Chapter 7, Section A, Chapter 2(A)(2.05) and 2(C)(2.22F), "[w]henever the court finds that funds are available for payment from or on behalf of a person represented and directs that such funds be paid to the court for deposit in the Treasury, payment should be made by a check or money order drawn to the order of the clerk of court, who will deposit all monies received to the credit of the Treasury and credit such sums to the CJA appropriation." Therefore, the Court orders that Latrice Westbrooks compensate the Clerk of Court in the amount of $2,972.20 within 45 days of this Order. Payment should be made payable to the following:

Clerk of Court
U.S. District Court
P.O. Box 23552
Jackson, MS 39225-3552

**SO ORDERED**, this the 5th day of November 2009.

                                       \_\_\_\_s/ David Bramlette\_\_\_\_

                                       **UNITED STATES DISTRICT JUDGE**